UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
--------------------------------------------------
A.T., a minor, by and through his parent and
natural guardian Sha-Keema Tillman, et al.,
on behalf of themselves and all others
similarly situated,

                         Plaintiffs,

-v-                                              9:17-CV-0817
                                                     (DNH/DEP)

DAVID HARDER, Broome County Sheriff,
in his official capacity; MARK SMOLINSKY,
Jail Administrator of the Broome County
Correctional Facility, in his official capacity;
KEVIN MOORE, Deputy Administrator, in
his official capacity; BINGHAMTON CITY
SCHOOL DISTRICT,

                         Defendants.
--------------------------------------------------
APPEARANCES:                                 OF COUNSEL:

LEGAL SERVICES OF CENTRAL NEW YORK    JOSHUA T. COTTER, ESQ.
Attorneys for Plaintiffs                        SAMUEL C. YOUNG, ESQ.
221 South Warren Street, Suite 300          SUSAN M. YOUNG, ESQ.
Syracuse, New York 13202

LAW OFFICE OF FRANK W. MILLER            FRANK W. MILLER, ESQ.
Attorneys for Defendant Chenango Valley
School District
6575 Kirkville Road
East Syracuse, New York 13057

BROOME COUNTY ATTORNEYS' OFFICE      ROBERT G. BEHNKE, ESQ.
Attorneys for Defendants Harder, Smolinsky
and Moore
Broome County Office Building
60 Hawley Street
P.O. Box 1766
Binghamton, New York 13902-1766

DAVID N. HURD
United States District Judge

## ORDER

Upon the Stipulation and Order for an Interim Settlement Agreement between plaintiffs and defendant Chenango Valley Central School District (the "School District"), approved and filed this date, it is

ORDERED that:

(1) The action against the School District is **DISMISSED** except for the following;

(2) the attorneys' fee issue between the plaintiffs and School District remains to be resolved;

(3) plaintiffs and the School District shall settle the attorneys' fee issue on or before **March 9, 2018** and notify the Court of the results;

(4) In the event that no settlement is reached, plaintiffs shall file an application for attorneys' fees on or before **March 23, 2018**;

(5) the School District shall answer the application on or before **April 6, 2018**;

(6) plaintiffs may file a reply on or before **April 13, 2018**; and

(7) the decision regarding attorneys' fees shall be binding upon the plaintiffs and the School District.

IT IS SO ORDERED.

_David N. Hurd_
United States District Judge

Dated:   February 9, 2018
         Utica, New York